UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN BRALENS,<br><br>         Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>         Defendant. | No.   1:14-CV-3101-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Defendant.

DATED:  November 27, 2015

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Melissa Orosco*
                                              Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE